RECEIVED SEP 13 2010 DENNIS P. IAVARONE, CLERK US DISTRICT COURT, EDNC

FILED OCT 15 2010 DENNIS P. IAVARONE, CLERK US DISTRICT COURT, EDNC DEP CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
__Western__ DIVISION

Lucinda Lawrence )
_____)
_____)
(Enter above the full name
of the Plaintiff[s] in this
action).

vs.

Tiger Swan Inc. )
Brian Searcy )
James Reese )
_____)
(Enter above the full name of
**ALL** Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the <u>complaint</u>
include the names of **all** the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

Case No. __5:10-CV-379__
(To be assigned
by the Clerk of
District Court)

## **COMPLAINT**

1. Plaintiff resides at __45835 Debill Tenace__
__Sterling, VA 20166__

2. Defendant(s) name(s): __Tiger Swan Inc. - Brian Searcy__
__James Reese__

1

Location of principal office(s) of the named defendant(s):

_3452 Apex Peakway, Apex, NC 27502_

Nature of defendant(s) business: _Contracting with the U.S. Government and Corporate Clients_

Approximate number of individuals employed by defendant: _400_

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on this court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 20003-5(g).

4. The acts complained of in this suit concern:

   (A) _____ Failure to employ me.

   (B) _X_ Termination of my employment.

   (C) _____ Failure to promote me.

   (D) _____ Other acts as specified below:

_____
_____
_____
_____
_____
_____
_____
_____

5. Plaintiff is:

   (A) _____ presently employed by the defendant.

   (B) __X__ not presently employed by the defendant.

   The dates of employment were _03/01/09_ - _05/07/09_

   Employment was terminated because:

   (1) __X__ plaintiff was discharged.

   (2) _____ plaintiff was laid off.

   (3) _____ plaintiff left job voluntarily.

6. Defendant(s) conduct is discriminatory with respect to the following:

   (A) _____ my race.

   (B) _____ my religion.

   (C) __X__ my sex.

   (D) _____ my national origin.

   (E) _____ other as specified below:

   _____

   _____

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are):

   _Brian Searcy and Henry Carpenter_

   _____

   _____

   _____

   _____

   _____

3

8. The alleged discrimination occurred on or about 03/31/09 - 05/07/09.

9. The nature of my complaint, i.e., the manner in which the individuals(s) named above discriminated against me in terms of the conditions of my employment is as follows:

Former Program Director Henry Carpenter was very abusive towards me while working in Iraq. He would dramatize stories or create situations to cause it to look as though it was my fault. I was denied meal breaks, he told the guards I was ugly, wanted me to be a "Cleaning Lady," yell and swear or ignore me. He caused me to feel stupid when asking for further assistance. A former co-worker and Deputy Program Director Robert John Kennedy "JK" was given flexible hours and work schedule around his leisure time. He would find excuses to reprimand me, for example not having head-sets for the intranet meeting. I was also not taken seriously with regards to the assault & battery in Ft. Benning, GA.

10. The alleged illegal activity took place at: Tiger Swan Inc. Iraq in the Baghdad office

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s) alleged discriminatory conduct on or about May 2009. I have attached a copy of the Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on June 30, 2010.

4

12. I seek the following relief:

   (A) _____ recovery of back pay;

   (B) _____ reinstatement to my former job;

   (C) \_\_X\_\_ trial by jury on all issues so triable;

   and any other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

   08/Sept./2010
   Date

   Lucinda Laurence
   Signature of Plaintiff

   45835 Debhill Terrace
   Sterling, VA 20166
   571-297-1297-571-236-5556
   Address and Phone Number of Plaintiff

   /

5

Case 5:10-cv-00379-BO    Document 4    Filed 10/15/10    Page 5 of 5