UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:10-CV-379-BO

| | |
|---|---|
| LUCINDA LAWRENCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) **DEFENDANTS' MOTION TO DISMISS** |
| | ) **CLAIMS AGAINST INDIVIDUAL** |
| | ) **DEFENDANTS BRIAN SEARCY AND** |
| TIGERSWAN, INC, BRIAN SEARCY, | ) **JAMES REESE** |
| AND JAMES REESE, | ) |
| | ) |
| Defendants. | ) |

Defendants TigerSwan, Inc. ("TigerSwan"), Brian Searcy and James Reese (the "Individual Defendants") move to dismiss Plaintiff's claims against the Individual Defendants pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted. In support of this Motion, TigerSwan and the Individual Defendants show the Court as follows:

1. Plaintiff has brought this action alleging employment discrimination under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.* ("Title VII").

2. Plaintiff has named Brian Searcy and James Reese as individual defendants.

3. Title VII does not provide for relief against individuals.

For the foregoing reasons and those set forth in the accompanying Memorandum of Law in Support of Motion to Dismiss, TigerSwan and the Individual Defendants respectfully request that the action against the Individual Defendants be dismissed for failure to state a claim.

This the 16th day of December, 2010.

        Respectfully submitted,


        /s/ Patricia T. Bartis
        Patricia T. Bartis
        N.C. State Bar No. 21212
        pattibartis@parkerpoe.com
        Jennifer H. Dupuy
        N.C. State Bar No. 37632
        jenniferdupuy@parkerpoe.com
        PARKER POE ADAMS & BERNSTEIN LLP
        150 Fayetteville Street, Suite 1400
        P.O. Box 389
        Raleigh, North Carolina  27602
        Telephone: (919) 835-4664
        Facsimile:  (919) 834-4564
        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **Motion to Dismiss Claims Against Individual Defendants Brian Searcy and James Reese** was served on the party in this action on this day by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

>Lucinda Lawrence
>45835 Debhill Terrace
>Sterling, Virginia 20166
>*Plaintiff (Pro se)*

This the 16th day of December, 2010.

>/s/ Jennifer H. Dupuy
>Jennifer H. Dupuy
>N.C. State Bar No. 37632
>jenniferdupuy@parkerpoe.com
>PARKER POE ADAMS & BERNSTEIN LLP
>150 Fayetteville Street
>Suite 1400, P.O. Box 389
>Raleigh, North Carolina 27602
>Telephone: (919) 835-4664
>Facsimile (919) 834-4564
>*Attorney for Defendants*