UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:10-CV-379-BO

LUCINDA LAWRENCE,                          )
                                           )
    Plaintiff,                             )
                                           )
    vs.                                    )      **STIPULATION OF DISMISSAL**
                                           )
TIGERSWAN INC.,                            )
                                           )
    Defendant.                             )
                                           )

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the undersigned parties

stipulate that the foregoing action, including all claims and counterclaims, is hereby dismissed

with prejudice. Each party to bear its own costs and attorneys' fees.

This the 31st day of January, 2012.

/s/ Patricia T. Bartis
Patricia T. Bartis
N.C. State Bar No. 21212
pattibartis@parkerpoe.com
Jennifer H. Dupuy
N.C. State Bar No. 37632
jenniferdupuy@parkerpoe.com
PARKER POE ADAMS & BERNSTEIN LLP
150 Fayetteville Street, Suite 1400
Post Office Box 389
Raleigh, North Carolina 27602
Telephone: (919) 890-4161
Fax: (919) 834-4564
*Attorneys for Defendant*

Lucinda Lawrence
*Plaintiff (Pro se)*
lucinda.lawrence@yahoo.com
1101 Independence Drive
West Lawn, PA 19609
and
574-2 #401 Guup-ri Gunnae-myeon
Pocheon-Si, Gyeonngi-do, South Korea 487-
871

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this date a copy of the foregoing **STIPULATION OF DISMISSAL** was served by depositing a copy of same in the United States mail, postage prepaid, addressed as follows:

> Lucinda Lawrence
> 1101 Independence Drive
> West Lawn, PA 19609
> *Plaintiff (Pro se)*
>
> and
>
> 574-2 #401 Guup-ri Gunnae-myeon
> Pocheon-Si, Gyeonngi-do, South Korea 487-871

And was served by electronic mail addressed as follows:

> lucinda.lawrence@yahoo.com

This the 31st day of January, 2012.

> <u>/s/ Patricia T. Bartis</u>
> Patricia T. Bartis
> N.C. State Bar No. 21212
> jenniferdupuy@parkerpoe.com
> Parker Poe Adams &Bernstein LLP
> 150 Fayetteville Street, Suite 1400
> P.O. Box 389
> Raleigh, NC 27602
> Telephone:  (919) 890-4161
> Fax:  (919) 834-4564
> *Attorney for Defendant*